UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROBERT BARBERA,                                                        :
:
                   Plaintiff,                   :      19-cv-8636 (PKC)
       -v.-                                                            :
:      ORDER
MODE PUBLIC RELATIONS LLC,                                             :
:
                   Defendant.                   :
---------------------------------------------------------------------- :
:
                                             X

CASTEL, U.S.D.J.

        Mr. Freeman is on notice that a federal court adjudicates cases or controversies. It is not a place to park an action that has been resolved until payments under an installment plan are fully satisfied. Plaintiff has the ability to seek to dismiss the case without prejudice upon defendant's consent and have a failure to satisfy a settlement obligation supported by a variety of remedies including a confession of judgment. Application DENIED. File dismissal within 14 days.

SO ORDERED.

                                                                      P. Kevin Castel
                                                             United States District Judge

Dated: December 15, 2020
       New York, New York